```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
              -v.-                 :       INDICTMENT
                                   :
ZHENGQUAN ZHANG,                   :       18 Cr. _____
    a/k/a "Zheng Quan Zhang,"      :
    a/k/a "Jim Z. Zhang,"          :
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - x
```

18 CRIM 741

## COUNT ONE
**(Failure to Appear as Required by Conditions of Release)**

The Grand Jury charges:

1.  On or about May 10, 2018, and continuing thereafter, in the Southern District of New York and elsewhere, ZHENGQUAN ZHANG, a/k/a "Zheng Quan Zhang," a/k/a "Jim Z. Zhang," the defendant, having been released on bail in connection with a charge of an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, ZHANG failed to appear before a United States District Judge on May 10, 2018 for a conference in the matter of United States v. Zhengquan

1





USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 10 2018

Zhang, No. 17 Cr. 560 (JMF), or any time thereafter.

(Title 18, United States Code, Section 3146(a)(1) and (b)(1)(A)(i).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ZHENGQUAN ZHANG,
a/k/a "Zheng Quan Zhang,"
a/k/a "Jim Z. Zhang,"

Defendant.

### INDICTMENT

18 Cr. ____

(18 U.S.C. § 3146(a)(1) and
(b)(1)(A)(i).)

GEOFFREY S. BERMAN
United States Attorney.

TRUE BILL

*[signature]*
FOREPERSON

10/10/18 Filed Indictment. Case Assigned to J. Pauley

Cott, USMJ